UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

M.G. and V.M. on behalf of themselves individually and their child, Y.T., M.W. on behalf of herself individually and her son, E.H., A.D. on behalf of herself individually and her son, D.D.,

                                    Plaintiffs,

             -against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
NEW YORK CITY BOARD OF EDUCATION; DENNIS WALCOTT, in his official capacity as Chancellor of the New York City School District,

                                    Defendants.

---------------------------------------------------------------------- x

13 Civ. 4639 (SAS) (KNF)

**NOTICE OF MOTION**

        **PLEASE TAKE NOTICE** that upon the Declaration of Andrew J. Rauchberg, dated October 15, 2013, and the exhibit annexed thereto, and the supporting memorandum of law in support of their motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7), dated October 15, 2013, Defendants will move in this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an order dismissing the First Amended Complaint in its entirety and granting Defendants such other and further relief as the Court deems just and proper.

-2-

Dated: October 15, 2013
New York, New York

        MICHAEL A. CARDOZO
        Corporation Counsel of the
         City of New York
        Attorney for Defendants
        100 Church Street, Room 2-189
        New York, New York  10007
        212-356-0891

        By: _____s/_____
            Andrew J. Rauchberg (AR 2179)
            Assistant Corporation Counsel

To: Elisa Hyman, Esq.
     Friedman & Moses, LLP
     Attorney for Plaintiffs
     233 Broadway, Suite 901
     New York, New York  10279