```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G., et al.,

                   Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                   Defendants.
-------------------------------------------------------------X

13 Civ. 04639 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of the parties' correspondence regarding Plaintiffs' concerns with the State's discovery responses. (Dkt. 308, 309.) It is hereby ordered that:

      1.     By August 17, 2020, the State shall send to Plaintiffs a letter fully responding to the concerns raised by Plaintiffs regarding the State's discovery. For each document request, the State must aver whether it believes it has produced all responsive, non-privileged documents located after a reasonable search, and, if not, then, again for each request, when it will be able to do so. The State must also identify a date when it will provide a log of documents withheld on the basis of privilege or other protection.

      2.     By August 31, 2020, the parties shall meet and confer by telephone or videoconference as necessary to fully discuss Plaintiffs' concerns with the State's discovery as well as ESI issues.

      3.     By September 14, 2020, the parties shall file a joint letter of no more than six pages bringing any remaining discovery issues to the Court's attention.

4.  Plaintiffs' request *nunc pro tunc* for permission to file the six-page letter at Dkt. 308 is granted.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  August 6, 2020
        New York, New York

Copies transmitted to all counsel of record.