```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.G., et al.,                                               :
                                                            :           13 Civ. 04639 (SHS) (RWL)
                              Plaintiffs,                   :
                                                            :                   ORDER
              - against -                                   :
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION, et al.,                                          :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' correspondence regarding Plaintiffs' concerns with the City's discovery responses. (Dkt. 311.) It is hereby ordered that:

1. By August 19, 2020, the City shall send to Plaintiffs a letter fully responding to the concerns raised by Plaintiffs regarding the City's discovery. For each document request, the City must aver whether it believes it has produced all responsive, non-privileged documents located after a reasonable search, and, if not, then, again for each request, when it will be able to do so. The City must also identify a date when it will provide a log of documents withheld on the basis of privilege or other protection.

2. By September 2, 2020, the parties shall meet and confer by telephone or videoconference as necessary to fully discuss Plaintiffs' concerns with the City's discovery as well as ESI issues.

3. By September 16, 2020, the parties shall file a joint letter of no more than six pages bringing any remaining discovery issues to the Court's attention.

4. Plaintiffs' request *nunc pro tunc* for permission to file the six-page letter at Dkt. 311 is granted.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   August 8, 2020
         New York, New York

Copies transmitted to all counsel of record.