# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

September 22, 2020

VIA ECF
The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/22/2020
```

Re: *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Lehrburger:

I am an attorney with the Law Office of Elisa Hyman, P.C., which is co-counsel for the Plaintiffs in the above-referenced action. I write on behalf of both the Plaintiffs and the City Defendants to respectfully request a two-week extension of time, through October 7, 2020, for the Plaintiffs and the City Defendants to submit a joint letter "bringing any remaining discovery issues to the Court's attention", as required under the Court's August 8, 2020 Order (ECF No. 312). The joint letter currently is due tomorrow, September 23, 2020, pursuant to the Court's August 19, 2020 Order (ECF No. 314).

This is the second request for an extension of time to file the joint letter. The first request was made by the City Defendants, with the Plaintiffs' consent, on August 19, 2020 (ECF No. 313). The Plaintiffs and the City Defendants jointly make this request for the purpose of giving the parties more time to further meet and confer in an attempt to narrow the remaining discovery issues prior to bringing any such issues to the Court's attention. This request is also due, in part, to the unavailability of Ms. Hyman as a result of the recent passing of a member of Ms. Hyman's family.

The parties thank the Court for its time and consideration in this matter.

.

Respectfully submitted,

SO ORDERED:
9/22/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

/s/
_____
James Sanborn
Co-counsel for Plaintiffs

cc: Counsel of Record via ECF