

```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
                                                              DOC #:_____
                                                              DATE FILED: 12/8/2020
```

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Andrew J. Rauchberg**
Phone: (212) 356-0891
arauchbe@law.nyc.gov

December 7, 2020

**BY ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:  *M.G., et al. v. N.Y. City Dep't of Educ., et al.*
           13 Civ. 4639 (SHS) (RWL)

Dear Judge Lehrburger:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the City Defendants in the above-referenced case.  I write jointly with Plaintiffs' counsel to respectfully request a short extension of time for Plaintiffs and the City Defendants to submit their next status report.

      Pursuant to the Court's Order dated November 9, 2020, the Plaintiffs and the City Defendants are due to submit a status letter regarding discovery, the meet and confer process, and related issues by today, December 7, 2020.  We respectfully request an additional week, or until December 14, 2020, to submit the status letter.  The parties have met and conferred several times since their last letter to the Court, including for several hours last week.  While the parties discussed this letter during their most session on Friday afternoon, additional time is needed to further discuss the various issues that one or both parties may wish to present to the Court.  Also, the press of other time-sensitive matters for both Plaintiffs' and City Defendants' counsel made it impossible to continue those discussions today.  We will hold additional meet and confer discussions this week and expect to fully update the Court thereafter.

      This is the first request to extend this particular deadline, and as noted, Plaintiffs join in the request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Andrew J. Rauchberg
Assistant Corporation Counsel

cc: All Counsel of Record

SO ORDERED:
12/8/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

- 2 -