UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

M.G., et al.,

                      Plaintiffs,

          - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION; NEW YORK CITY BOARD OF
EDUCATION, et al.,

                    Defendants.
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY  FILED**
**DOC #:**_____
**DATE FILED:**___3/4/2022___

13-cv-4639  (SHS)  (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the conference held on Friday March 4, 2022, the stay currently in place is lifted.  By **April 4, 2022**, the parties shall jointly submit a proposed schedule for completing the litigation through discovery.  Plaintiff will draft an initial proposed plan and provide it to the other parties, following which the parties shall meet and confer to discuss the plan and make good faith efforts to agree

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2022
      New York, New York