# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 3, 2022

**VIA ECF**
The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022

Re:   *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Lehrburger:

Plaintiffs respectfully submit this letter to request a ten (10) day extension of time to comply with the deadlines in paragraph 5 of the Court's April 6, 2022 Order (ECF No. 356). The April 6 Order requires Plaintiffs to file the following proposals by May 5, 2022: "a proposal with the Court for (a) using a partial summary judgment mechanism with respect to liability for the following categories of claims to narrow discovery: (i) NPS Directive; (ii) Autism Services; (iii) Subclass Claims for each; and (iv) ABA Licensing claims; (b) a proposal for production by City Defendants of individual student records in the category of cases discussed prior to the stay; (c) a schedule for updated FERPA notices; and (d) a sampling plan for student records for students who attend NPS programs." ECF No. 356 at ¶ 5. The Order further requires the parties file a "joint letter addressing the extent to which the parties agree or disagree about the proposals" by May 26, 2022. *Id*.

Plaintiffs' request, if granted, would extend Plaintiffs' deadline to file the proposals to May 16, 2022, and would extend the parties' deadline to file the joint letter to June 6, 2022. This is Plaintiffs' first request for an extension of time to file the proposals described in paragraph 5 of the April 6 Order (Plaintiffs previously filed a request for an extension of time to provide Defendants with a copy of the proposed Sixth Amended Complaint). City Defendants consent to Plaintiffs' request; we have not yet heard back from State Defendants regarding their position, but wanted to file this letter today, in accordance with Your Honor's individual practices.

Plaintiffs are requesting additional time to file the proposals because my associate James Sanborn, who has been working on these matters, has been sick for the past week.

Extension granted.
SO ORDERED:
5/4/2022
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

/s/ *Elisa Hyman*
_____
Elisa Hyman

cc: All Counsel of Record (via ECF)

1115 BROADWAY, 12TH FL.
NEW YORK, NY 10010

42 WEST 24th STREET, 2ND FLOOR
NEW YORK, NY 10010

WWW.SPECIALEDLAWYER.COM