UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

M.G., et al.,

                     Plaintiffs,

      - against -

NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION, et al.,

                     Defendants.

---------------------------------------------------------------X

13-cv-4639 (SHS) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held on July 13, 2022:

1. Plaintiffs' motion for leave to file the proposed Sixth Amended Complaint at Dkt. 367 is denied. However, Plaintiffs may stipulate to narrowing of claims, as well as substituting and adding named plaintiffs. Additionally, Plaintiffs are not precluded from litigating changed and new facts raised in the proposed Sixth Amended Complaint, nor from proposing additional subclasses as warranted, nor from conforming the pleadings to the facts at trial.

2. By **July 27, 2022**, the parties shall submit any further comments, if any, on how the action should proceed in light of the discussions during the July 13 conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 13, 2022
       New York, New York