# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

July 27, 2022

**VIA ECF**
The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022
```

    Re:    *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Lehrburger:

    As per the Court's Order on July 13, 2022 (ECF No. 373), the Court had directed the parties to file any "additional comments" as to how the action should proceed.

    Plaintiffs are requesting a *nunc pro tunc* one-week extension of time to file this letter, until August 3, 2022. This is Plaintiffs' first request for an extension. This additional week is being requested due to a confluence of multiple circumstances, including, among other things, counsels' health and vacation schedules.

    Thank you for Your Honor's consideration of this request.

                        Respectfully submitted,

                        /s/ *Elisa Hyman*
                        _____
                        Elisa Hyman

cc: All Counsel of Record (via ECF)

Granted. No further extensions.

SO ORDERED:

7/28/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1115 BROADWAY, 12TH FL.                        42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                                      NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM