```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G., et al.,                                                :
                                                             :
                              Plaintiffs,                    :
                                                             :
        - against -                                          :
                                                             :           13-cv-4639 (SHS) (RWL)
NEW YORK CITY DEPARTMENT OF                                  :
EDUCATION; NEW YORK CITY BOARD OF                            :           **ORDER**
EDUCATION, et al.,                                           :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Teams on April 18, 2023:

1. The parties shall meet and confer on outstanding document issues. If the issues cannot be resolved after meeting and conferring, the parties may seek relief from the Court.

2. Plaintiff may request Defendants to "produce and identify any documents" supporting the proposition that they offer certain services (such as ABA, 1:1, et al). Plaintiff may make a similar "produce and identify any documents" with respect to whether those services can be included in an IEP, and with respect to Defendants alleged failure to provide / implement those services even when ordered. Defendants must produce and identify within 45 days of service of the requests.

3. The parties shall also meet and confer regarding potential stipulations and shall make good faith efforts to streamline discovery.

The Court will issue a separate scheduling order.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2023
　　　　New York, New York

Copies transmitted this date to all counsel of record.