UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G., et al.,

                Plaintiffs,

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION; NEW YORK CITY BOARD OF
EDUCATION, et al.,

                Defendants.
-------------------------------------------------------------X

13-cv-4639 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Based on discussions at the case management conference held via Teams on April 18, 2023, the submissions of the parties, and all prior proceedings, the case schedule is modified as follows:

      1.     The deadline for substantial completion of document production shall be September 29, 2023.

      2.     The deadline for depositions and all fact discovery shall be January 31, 2024.

      3.     The deadline for expert discovery shall be May 19, 2024.

      4.     The deadline for filing summary judgment motions shall be July 30, 2024. Deadlines for opposition and reply will be set after filing of such motions.

      5.     These deadlines are ample, realistic, and generous, particularly in light of the history of this case. The Court has taken into account that counsel for all parties have faced issues regarding health, family, and/or loss of key personnel, collectively which give rise to extraordinary circumstances for a substantial further extension of the case

2

schedule. But that extension will be last and final. All parties must devote the requisite resources to this case. There will be no further extensions of discovery.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2023
  New York, New York

Copies transmitted this date to all counsel of record.