UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G., et al.,

                         Plaintiffs,

      - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION; NEW YORK CITY BOARD OF
EDUCATION, et al.,

                        Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023

13-cv-4639 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Having considered the parties' submissions, the prior proceedings, the magnitude and complexity of this case, and the extent of discovery sought by the parties, the Court finds good cause to grant the protective order sought by Plaintiffs in Dkt. 393 pursuant to Fed. R. Civ. P. 26(c)(1)(B) and (D).  Accordingly, with respect to Plaintiffs' forthcoming production of student files, Plaintiff need produce only (i) impartial hearing files, and (ii) documents Plaintiffs intend to rely on in support of and/or defense of their claims, but without prejudice to Defendants' right to request additional specific documents that in fairness ought to be produced based on the content of specific documents Plaintiffs produce on which they intend to rely on in support and/or defense of their claims.  Further, Plaintiffs are not required to reproduce or categorize the City Defendants' document production.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 393.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 3, 2023
         New York, New York

Copies transmitted this date to all counsel of record.