UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G., et al.,

                     Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION; NEW YORK CITY BOARD OF
EDUCATION, et al.,

                     Defendants.
-------------------------------------------------------------X

13-cv-4639 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order resolves Plaintiffs' request for an extension of discovery based on (1) extraordinary circumstances related to attorney health issues; and (2) the pendency of Plaintiffs' motion to compel the City Defendants to produce many categories of documents, and intended motion to compel the State Defendants to produce documents still due in response to earlier requests. (Dkt. 403.) The City Defendants consent to the request; the State Defendants oppose, particularly given the Court's previous directive that there would be no further extensions. As much as the Court is reluctant to grant any further extension, the Court is persuaded that the unanticipated extraordinary accumulation of medical issues affecting counsel at both firms representing Plaintiffs warrants an extension. The Court thus grants a two-month extension of the existing deadlines, which means that the deadline for completion of fact discovery is March 31, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2023
       New York, New York

Copies transmitted this date to all counsel of record.