USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G. ET AL.,                                                 :
                                                             :        13-CV-4639 (SHS) (RWL)
                              Plaintiffs,                     :
                                                             :
            - against -                                      :        **ORDER**
                                                             :
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION ET AL.,                                            :
                                                             :
                              Defendants.                     :
                                                             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held via Teams on May 16, 2024:

1.      By May 23, 2024, the City Defendants will provide to Plaintiffs and the State Defendants the City's voluntary admissions.  The admissions may be filed under seal and shall be treated as sealed material unless and until the Court orders otherwise.  Sealing does not preclude use of the admissions in court filings or depositions, in which instance the corresponding filing or testimony shall also be maintained under seal.

2.      All document discovery shall be completed by June 28, 2024 as previously ordered.  As warned, failure to comply with discovery obligations and orders may result in sanctions, including but not limited to adverse inferences and/or findings by default and/or any other sanction permitted under law.

3.      All depositions and fact discovery shall be completed by August 28, 2024.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 16, 2024
      New York, New York

Copies transmitted this date to all counsel of record.