**Robbins Geller
Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

July 16, 2024

The requested clarification is
correct as set forth below.

SO ORDERED:

07/17/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/17/2024

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *M.G., et al. v. NYC Dep't of Educ.*, No. 13-cv-4639 (SHS)(RWL)

Dear Judge Lehrburger:

I am co-counsel for Plaintiffs in the above-referenced action and respectfully write to request clarification of the Court's July 3, 2024 Order regarding the deadline to complete deposition discovery in this case. ECF No. 442.

By way of brief background, on May 16, 2024, the Court issued an Order setting the deadline for document discovery for June 28, 2024 and the deadline for deposition discovery for August 28, 2024. ECF No. 434. Subsequently, on June 26, 2024, the City Defendants and Plaintiffs jointly moved for an extension of time to allow for the production of certain documents related to NPS Claims. ECF No. 440.

On July 3, 2024, the Court extended the deadline in this action ordering, as follows:

Accordingly, the schedule will be adjusted solely as follows: (1) the City must complete production of documents by August 28, 2024; (2) Plaintiffs may take deposition discovery, if warranted, solely to address new documents produced by the City; any such deposition discovery must be completed by October 30, 2024. All other discovery is deemed completed.

ECF No. 442.

Plaintiffs respectfully seek clarification that the Court's statement that "All other discovery is deemed completed" is limited to document discovery (other than new documents to be produced by the City) and that the deadline for completion of depositions *not related to the new documents regarding the NPS Claims* remains August 28, 2024 (as per the May 16, 2024 Order, ECF No. 434).

**Robbins Geller
Rudman & Dowd** LLP

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ David A. Rosenfeld*

DAVID A. ROSENFELD

cc: All Counsel of Record (via ECF)