UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G. ET AL.,

                Plaintiffs,

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,

                Defendants.
-------------------------------------------------------------X

13-CV-4639 (SHS) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Teams on September 24, 2024, the parties' dispute regarding the scope of Plaintiff's 30(b)(6) deposition topics directed to the State and City Defendants is resolved as follows (with reference to Plaintiff's revised notices):

**<u>New York State</u>**

The following topics are allowed: 1 (limited to district, borough, or city level), 2, 3 (limited to the referenced meeting), 4 (limited to the reference meeting), 5 (subject to Plaintiff specifying what in the document is to be addressed), 6, 7, 8 (limited to types and sources of funding), 9 (limited to material actually considered), 10, 11, 12, 13, 14, 15, 16, 17 (limited to material actually considered), 18, 19, 21, 22.

**<u>New York City</u>**

The following topics are allowed: 1, 2 (limited to policies, procedures, practices), 3-13, 14 (reframed as extent to which UFT workday rules pose constraints on ability to offer the specified services), 15-22, 23 (limited to policies, procedures, practices and

1

extent of training provided if any), 24 (limited to specific meeting and any subsequent change to policy or practice denoted in the document referencing the meeting), 25-32, 34 (subject to Plaintiff clarifying particular issues of interest in document NYC DOE 15505-12).

    The parties shall meet and confer regarding dates for the depositions.

    The Clerk of Court is directed to terminate the letter motions at Dkts. 457, 458, 459, and 460.

                               SO ORDERED.

                               _____
                               ROBERT W. LEHRBURGER
                               UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2024
       New York, New York

Copies transmitted this date to all counsel of record.