UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.G., et al.,

                      Plaintiffs,

      - against -

                                          13-CV-4639 (SHS) (RWL)

NEW YORK CITY DEPARTMENT OF
EDUCATION; NEW YORK CITY BOARD OF          **ORDER**
EDUCATION, et al.,

                      Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order sets the schedule for post-discovery proceedings. The Court has considered the parties' positions presented in their joint filing at Dkt. 501 and has determined that the following schedule shall apply. Plaintiffs' request for a conference to discuss scheduling is denied.

| Deadline | Event |
|---|---|
| May 6, 2025 | Plaintiffs to file adverse inference / sanction motion(s), if any. |
| May 30, 2025 | Parties to advise other parties whether they plan to retain experts (other than rebuttal experts) with respect to each class (NPS Directive Class and Autism Services Class) and subclasses. If no party plans to retain experts concerning any class claim, any party may move for leave to file a summary judgment motion concerning those claims. |
| June 6, 2025 | Defendants to file opposition to Plaintiffs' motion(s) for adverse inference / sanction. |

| | |
|---|---|
| June 20, 2025 | Plaintiffs to file reply in support of motion(s) for adverse inference / sanction. |
| August 15, 2025 | Parties to file opening expert reports on issues for which they bear burden of proof. |
| September 30, 2025 | Parties to file expert rebuttal reports, if any. |
| November 14, 2025 | Completion of expert discovery, including depositions. |
| January 14, 2026 | Parties to file motion(s) for summary judgment, if any. |
| February 25, 2026 | Parties to file opposition to motion(s) for summary judgment. |
| March 11, 2026 | Parties to file replies to motion(s) for summary judgment. |

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2025
       New York, New York

Copies transmitted this date to all counsel of record.