# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 21, 2025

VIA ECF
The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

05/22/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Lehrburger:

Plaintiffs write to respectfully request a two-hour and 30-minute *nunc pro tunc* extension of the deadline to file the complete Motion for Adverse Inferences.

As the Court can see, Plaintiffs started to file prior to the midnight deadline but we had some unexpected challenges concerning redactions and technical difficulties and were not able to complete the filing under after the deadline until 2:29 a.m.

The City Defendants are not prejudiced by this brief extension, and Mr. Perez has advised that he consents to this extension.

Respectfully submitted,

/s/ *Elisa Hyman*

_____
Elisa Hyman, Esq.

cc: Counsel of record