# PLAINTIFFS' EXHIBIT B

***M.G., et al. v. NYC Dep't of Educ.,*** **13-cv-4639 (SHS)(RWL)**
**<u>City Defendants' Judicial Admissions</u>**

### <u>Definitions</u>

1. <u>Recommended Special Education Program and Services</u>: The application of 8 NYCRR 200.4(d)(2)(v), as documented on a student's IEP by sections of the same name on the New York State Education Department's mandatory Individualized Education Program (IEP) form. *See* Exhibit A.

2. <u>Special Education Program</u>: The application of 8 NYCRR 200.6, as documented on a student's IEP by the relevant section of the same name on the New York State Education Department's mandatory IEP form. *See* Exhibit A.

3. <u>Related Services</u>: *See* 8 NYCRR 200.1(qq).

4. <u>Supplementary Aids and Services/Program Modifications/Accommodations</u>: The application of 8 NYCRR 200.1(bbb) and 8 NYCRR 200.4(d)(3)(vi), as documented on a student's IEP by the relevant section of the same name on the New York State Education Department's mandatory IEP form. *See* Exhibit A.

5. <u>Applied Behavioral Analysis (ABA)</u>: the design, implementation, and evaluation of environmental modifications, using behavioral stimuli and consequences, to produce socially significant improvement in human behavior, including the use of direct observation, measurement, and functional analysis of the relationship between environment and behavior. See <u>NYS Applied Behavior Analysis: FAQs (nysed.gov)</u>. N.Y. Educ. Law § 8801.

6. <u>Autism</u>: *See* 8 NYCRR 200.1(zz)(1).

7. <u>Individualized Education Program (IEP)</u>: <u>See</u> 8 NYCRR 200.1(y).

8. <u>Order</u>: an administrative decision or a state or federal court order issued pursuant to 20 U.S.C. § 1400, et seq.; N.Y. Educ. Law § 4404, et seq.; and their respective implementing regulations.

9. <u>1:1</u>: a ratio of one student to one teacher.

10. <u>Home/Hospital Instruction</u>: Instruction provided at a student's home, or in a hospital or similar healthcare facility, based on a student's demonstrated medical needs.

11. <u>State Approved NPS</u>: A non-public school that can be recommended as a public school program following New York State approval.

12. <u>Standard School Day</u>: See 8 NYCRR 200.1(q), 200.7(b)(4), and 200.13(b).

13. <u>Residential NPS</u>: a State Approved non-public school where a student resides 24 hours a day.

1

**Home/Hospital Instruction:**

14. From 2013 to the present, DOE IEP teams have not recommended Home/Hospital instruction on IEPs based exclusively on a student's classification of autism.

**1:1 Instruction**

15. From 2013 until the present, DOE IEP teams have not recommended on IEPs a program where the stated class size cannot exceed one student to one teacher, resulting in 1:1 Instruction.

16. From 2013 until the present, DOE IEP teams have not recommended on IEPs 1:1-Instruction except in cases where a student's IEP provides for the student to receive Home/Hospital instruction.

17. From 2013 until the present, DOE IEPs have not included 1:1 Instruction to a student unless an Order mandates the provision of 1:1 Instruction to a student except in connection with Home/Hospital Instruction.

18. DOE policy does not provide for DOE IEP teams to recommend 1:1 Instruction on IEPs to students except in connection with Home/Hospital Instruction.

**ABA Services**

19. From 2013 until the present, DOE IEP teams have not recommended ABA on IEPs as a recommended Special Education Program, Related Service or Supplementary Aids and Services/Program Modifications/Accommodations.

20. From 2013 until the present, DOE IEPs have not included ABA as a Special Education Program, Related Service, or Supplementary Aids and Services/Program Modifications/Accommodations unless an Order mandates the provision of ABA to a student.

21. DOE policy does not provide for DOE IEP teams to recommend ABA on IEPs.

**After School Services**

22. From 2013 until the present, DOE IEP teams have not recommended on IEPs the provision any Special Education Program, Related Service or Supplementary Aids and Services/Program Modifications/Accommodations to be provided outside the Standard School Day.

23. From 2013 until the present, DOE IEPs have not included any Special Education Program, Related Service or Supplementary Aids and Services/Program Modifications/Accommodations to be provided outside the Standard School Day unless an Order mandates it.