UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.G., et al.,                                    :
                                                 :
                              Plaintiffs,        :
                                                 :
              - against -                        :
                                                 :          13-CV-4639 (SHS) (RWL)
                                                 :
NEW YORK CITY DEPARTMENT OF                      :
EDUCATION; NEW YORK CITY BOARD OF                :          **ORDER**
EDUCATION, et al.,                               :
                                                 :
                              Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the hearing held on November 4, 2025, the parties shall meet and confer and by **November 14, 2025** shall file a proposed schedule through summary judgment.

The schedule shall include a 3-step process for the supplemental briefing on Plaintiffs' motion for adverse inferences: (1) NYC will certify, with respect to each of Plaintiffs' document requests, which documents do not exist; which documents exist and have been produced in full; and which documents exist but have not been produced in full; (2) Plaintiffs will file a supplement addressing each requested adverse inference individually and addressing in particular, inter alia, what ties the inference to the respective discovery failure and justifies the scope of inference sought, and the particular prejudice incurred (including, where relevant, accounting for the insufficiency of admissions submitted by NYC); and (3) Defendants will file a response, if any.

The schedule shall also address expert discovery and summary judgment filing/briefing.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2025
New York, New York

Copies transmitted this date to all counsel of record.