UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.G. ET AL.,                                                  :
                                                              :        13-CV-4639 (SHS) (RWL)
                                    Plaintiffs,               :
                                                              :
                   - against -                                :        **ORDER**
                                                              :
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION ET AL.,                                             :
                                                              :
                                    Defendants.               :
                                                              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order further addresses the issues raised by Plaintiffs' letter at Dkt. 581 regarding expert reports, depositions, and scheduling.

1.      **Dr. Green's deposition:**  For the second session of Dr. Green's deposition currently scheduled for March 30, 2026, the Court finds it permissible for Defendants to ask Dr. Green questions about the Bruno report but not the Scheinbaum report. Accordingly, as a practical matter, it is most sensible to adjourn the second session of Dr. Green's deposition to a later date.  The parties shall meet and confer to arrange a new date.

2.      **NYC Defendants' Reports:**  The Court agrees with the NYC Defendants that their reports are not improper rebuttal to Plaintiffs' reports, particularly in the context of the expert schedule, which provides for only one round of reports from each side. Under such a schedule, Plaintiffs' experts are not precluded from offering opinions in rebuttal to Defendants' experts.  Typically, when only one round of reports are contemplated, rebuttal opinions can be elicited at deposition and offered at trial.  The parties may find it preferable, however, for Plaintiffs' experts to offer their rebuttal opinions

1

in rebuttal reports presumably prior to their initial or further deposition.  Accordingly, the parties shall meet and confer to address how they wish to proceed in that regard.

3.      **Schedule:**  In light of the above, some extension of the expert discovery schedule likely is warranted.  The parties shall meet and confer as to how the schedule should be modified and by **April 7, 2026** shall file a letter with the Court with their proposal(s).

The Clerk of Court is requested to terminate the letter motions at Dkt. 581.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2026
      New York, New York

Copies transmitted this date to all counsel of record.