

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

April 13, 2026

<u>**Via ECF**</u>
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
New York, New York 10007

      **Re:**    *M.G., et al., v. N.Y. City Dep't of Educ., et al.*, **13 Civ. 4639 (SHS) (RWL)**

Your Honor:

      This Office represents Defendants the New York State Education Department ("SED") and the Commissioner of SED (collectively, the "State Defendants") in the above-referenced action. We write to request clarification about Your Honor's April 13, 2026 order regarding the expert discovery schedule. ECF No. 591. In particular, the State Defendants seek clarification that they will have the opportunity to conduct a further deposition of Plaintiffs' expert, Dr. Gina Green, in light of her newly authorized rebuttal report.

      As noted in the State Defendants' letter of March 31, 2026,  the parties agreed months ago that the State and City Defendants would each have five hours to depose Plaintiffs' experts over the course of two days (for a total of ten hours per witness). *See* ECF No. 587. Pursuant to the Court's Order of March 25, 2026, the State Defendants took their five-hour deposition of one of Plaintiffs' experts – Dr. Gina Green – on March 26, 2026. *See* ECF No. 582. Approximately two weeks later, on April 13, 2026, the Court authorized Dr. Green to submit a rebuttal report by June 1, 2026. *See* ECF No. 591. The State Defendants seek clarification that they will have an opportunity to conduct a further deposition of Dr. Green in light of this development.[1] Indeed, Your Honor's April 13, 2026 order appears to anticipate that the State Defendants still have a further opportunity to depose Dr. Green, stating: "allowing for those [rebuttal] reports will better equip the State [] Defendants to better prepare for and examine Dr. Green … at deposition …" *Id*.

---

      [1] Moreover, at Plaintiffs' request, Your Honor prohibited the State Defendants from asking Dr. Green any questions about the City Defendants' expert reports. *See* ECF No. 582. Now that the expert schedule has been extended, the State Defendants should have the opportunity to question Dr. Green about the City Defendants' reports as well.

Hon. Robert W. Lehrburger                                           Page 2 of 2
April 13, 2026

Thank you for your attention to this matter.

Respectfully submitted,

_____/s/_____

Samuel Martin
Elyce N. Matthews
Assistant Attorneys General
(212) 416-8910
Elyce.Matthews@ag.ny.gov
Samuel.Martin@ag.ny.gov

The State may have an additional two hours to depose Dr. Green about her rebuttal report after the City completes its up-to five hours questioning of Dr. Green about both her initial and rebuttal reports. The State's questioning shall be limited to the content of Dr. Green's rebuttal report.

SO ORDERED:

4/20/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE