**MEMO ENDORSED**

THE LAW OFFICE OF
# ELISA HYMAN, P.C.

July 8, 2026

July 13, 2026
The deadline to file objections to the Adverse Inference Order is extended until two weeks after Judge Lehrburger issues his ruling on pltfs' anticipated motions seeking clarification and reconsideration of his Adverse Inference Order. This supercedes the Court's direction at last Friday's telephone conference.
So Ordered
Sidney H Stein
U.S.D.J.

*VIA ECF*
The Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Stein:

I am co-counsel to the Plaintiffs and certified classes and subclasses in the above-referenced case. On June 30, 2026, Magistrate Judge Lehrburger issued a Decision and Order that granted in part and denied in part Plaintiffs' Motion for Sanctions in the Form of Adverse Inferences against the City Defendants (the "Adverse Inference Order"). *See* ECF No. 600. Objections to the Adverse Inference Order ("Objections") are due on July 14, 2026. Plaintiffs respectfully request an extension of the July 14 deadline to file objections to the Adverse Inference Order. This is Plaintiffs' first request for an extension of the deadline. The City Defendants consent to the extension.

The basis for the requested extension are as follows.

First, Plaintiffs intend to file a motion seeking clarification and a motion for reconsideration of certain aspects of the Court's Adverse Inference Order. Plaintiffs' decision as to whether to file Objections to the Adverse Inference Order, and the scope of any such Objections, will necessarily depend upon how Judge Lehrburger rules on Plaintiffs' motions. Accordingly, Plaintiffs respectfully request that the deadline to file objections to the Adverse Inference Order be extended until two weeks after Judge Lehrburger issues his ruling on Plaintiffs' anticipated motions. The proposed sequencing may narrow or eliminate issues that would otherwise be presented through Plaintiffs' objections to the Adverse Inference Order.

A second grounds for the extension is that the parties in the M.G. Class Action are working on the last few days of the expert discovery schedule. Plaintiffs are taking the deposition of Defendants' experts on July 10, 2026, as well as on July 14, 2026, with another deposition scheduled for July 15, 2026. My co-counsel, David Rosenfeld, is out of the country through next week. Further, my office has had two lawyers leave this month, while another lawyer who works on this case had surgery on July 6, 2026. Even if the Court does not grant the full extension of

two-weeks from the date on which Judge Lehrburger issues a ruling, as an alternative, Plaintiffs' counsel is requesting a two-week extension of time to file objections, to July 28, 2026.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Elisa Hyman*

Elisa Hyman, Esq.

cc: Counsel of record