THE LAW OFFICE OF
ELISA HYMAN, P.C.

July 13, 2026

Request granted. Plaintiffs' motion for reconsideration and/or clarification shall be filed by **July 21, 2026**.

SO ORDERED:

7/14/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*VIA ECF*
The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Lehrburger:

Plaintiffs' counsel in the above-referenced case are respectfully request a brief one-week extension of time to file a motion for clarification and/or partial reconsideration of the Court's June 30, 2026 Decision and Order (the "Adverse Inference Order"). *See* ECF No. 600. The motion for reconsideration would be due tomorrow, July 14, 2026.[1] This is Plaintiffs' first request for an extension of this deadline. Plaintiffs apologize for not adhering to the two-day timeframe for submitting this extension pursuant to Your Honor's Individual Rules.

On July 8, 2026, Plaintiffs requested an extension of time from Judge Stein to file objections to the Adverse Inference Order. ECF No. 600. As explained in that application, this sequencing would promote judicial economy. On July 10, 2026, the parties were tied up all day in the deposition of City Defendants' expert, Melissa Schiefelbein, and by the end of the day, we had not yet heard from Judge Stein. We contacted his Chambers after 6 p.m. and he verbally granted our request for an extension until July 28, 2026 and directed me to file a letter to confirm today, which I did this afternoon. I had previously requested permission to file the motion before Judge Stein within two weeks of receiving a response from Your Honor on Plaintiffs' intended motion for reconsideration/clarification as to certain aspects of the Adverse Inference Order relating to systemic claims and evidence. A ruling on such a motion might obviate the need to object or at least narrow the scope of objections. *See* ECF Nos. 601. City Defendants had not objected to the requested extension from Judge Stein.

I was in the process of preparing the letter that he requested confirming the extension to July 28, 2026, when, later this afternoon, Judge Stein issued an order granting the extension two weeks after Plaintiffs receive a ruling on our July 8 application before Your Honor (see ECF No. 602) although it appears that the ECF entry does not match the order that Judge Stein wrote on Plaintiffs' letter.

[1] There does not appear to be a specific deadline for the Motion for Clarification.

The need for the present extension arises for several reasons. First, in reliance on the original schedule, Plaintiffs devoted their efforts to prepare objections rather than the motion for clarification and/or partial reconsiderations. In addition, during the past week, Plaintiffs' counsel has been engaged in preparing for and taking expert depositions. Plaintiffs took the deposition of Melissa Schiefelbein on July 10, 2026 and the deposition of Dr. Adam Bruno is schedule for tomorrow, July 14, 2026 and July 15, 2026.[2] Additionally Mr. Rosenfeld has been out of the country is not returning until the end of this week. Further, as I advised Judge Stein, one of the lawyers that handles federal litigation had surgery last week, and my office has had three lawyers transitioning from our firm in June. *See also* ECF No. 601.

Under these circumstances, Plaintiffs respectfully request a brief one-week extension of time to file their motion for clarification and/ or partial reconsideration. Plaintiffs submit that that the requested extension will not prejudice any party and will promote judicial economy by allowing the Court to resolve the threshold issue concerning Plaintiffs' evidence before briefing objections proceeds. Even if Your Honor is unwilling to grant a full one-week extension, Plaintiffs request an extension until at least July 17, 2026, so that we can complete the depositions and hopefully Mr. Rosenfeld can review the filing.

Plaintiffs thank the Court for their attention to this matter.

Respectfully submitted,

/s/ *Elisa Hyman*

______________________

Elisa Hyman, Esq.

cc: Counsel of record

[2] Mr. Bruno is in California and the deposition is starting at noon to accommodate him, which means the parties will be tied up after hours tomorrow.