THE LAW OFFICE OF
ELISA HYMAN, P.C.

August 17, 2026

*Via ECF*
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007

SO ORDERED:
8/18/2026
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *M.G., et al. v. NYC Dep't of Educ.*, No. 1:13-cv-04639 (SHS)(RWL) (S.D.N.Y.)

Dear Judge Lehrburger:

I am co-counsel in the above-captioned action and write jointly with Defendants to request an extension of time to submit a proposed schedule for the interim motions, to August 27, 2026. We apologize for the same-day request.

The City Defendants have indicated that they reserve rights to make a motion regarding class certification depending on Plaintiffs' anticipated further steps relating to the class. The parties are also still in active discussions about how to structure the schedule for the next set of motions.

Given the timing, we were unable to arrive at an agreed-upon schedule.

The Plaintiffs had been prepared to file their pre-motion letter concerning the second adverse inference motion on August 21, 2026, and may still do so with the understanding that the schedule for responses and motions in general will still need to be negotiated.

Plaintiffs thank the Court for its consideration of these requests.

Respectfully submitted,

*/s/ Elisa Hyman*

Elisa Hyman, Esq.

cc: All Counsel of Record (via ECF)

1115 Broadway, 12th Floor
New York, NY 10010

40 West 24th Street
New York NY 10010

www.specialedlawyer.com