THE LAW OFFICE OF
ELISA HYMAN, P.C.

August 27, 2026

8/28/26
The deadline for objections to the June Order and the August Order is extended until September 16, 2026. So Ordered.
Sidney H Stein
U.S.D.J.

*VIA ECF*
The Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Stein:

I am co-counsel to the Plaintiffs and the certified classes and subclasses in the above-referenced case. I write to request an extension of time for Plaintiffs to file Objections under Federal Rule of Civil Procedure 72 ("Objections") to the Order, dated August 19, 2026, on Plaintiffs' Motion for Reconsideration and Clarification ("August Order," ECF No. 618), which modified the prior Decision and Order: Motion for Adverse Inferences, dated June 30, 2026 ("June Order," ECF No. 600). Objections to the August Order are currently due by September 2, 2026. Defendants do not object to this requested extension. This is Plaintiffs' second request to extend the deadline to file Objections.

The parties are in the process of negotiating a schedule for two additional motions and have proposed a new schedule to Judge Lehrburger in a separate letter submission. Specifically, the parties are negotiating a briefing schedule for Plaintiffs' motion for adverse inferences related to the factual conclusions and opinions made by City Defendants' expert, Melissa Schiefelbein ("Schiefelbein Motion"). The Schiefelbein Motion is separate from the motion previously filed by Plaintiffs that also sought sanctions in the form of adverse inferences (*see* ECF No. 594); Ms. Schiefelbein was deposed on July 10, 2026, after Plaintiffs had filed their initial motion for sanctions in the form of adverse inferences. Additionally, Plaintiffs plan to move to substitute plaintiffs, since some of the original plaintiffs have already aged out of their eligibility for special education. A proposed revised schedule (the "Revised Schedule") was submitted to Judge Lehrbuger. *See* ECF No. 619.In the Revised Schedule, Plaintiffs proposed that the deadline for Objections to the June and August Orders be extended and collapsed with any potential objections related to Judge Lehrburger's anticipated ruling on the Schiefelbein Motion (which has not yet been filed). The Revised Schedule also provides that the parties will submit a new schedule for summary judgment and Daubert motions after these preliminary motions have been decided.

It is Plaintiffs' position that it would further judicial economy for Plaintiffs to file Objections to Judge Lehrburger's June Order, August Order and (potentially) the Schiefelbein Motion together, given that objections to the June and August Orders and a ruling on the Schiefelbein Motion would involve substantially similar issues.

For these reasons, Plaintiffs respectfully request that the Court extend the deadline for objections to the June and August Orders (and to Judge Lehrburger's anticipated ruling on the Schiefelbein Motion) from September 2, 2026, to three weeks after entry of the Order on the Schiefelbein Motion. Defendants have informed us that they do not oppose the requested extension.

We appreciate the Court's consideration of these requests.

Respectfully submitted,

/s/ *Elisa Hyman*

Elisa Hyman, Esq.

cc: Counsel of record