THE LAW OFFICE OF
ELISA HYMAN, P.C.

September 29, 2026

SO ORDERED:
9/30/2026
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*VIA ECF*
The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *M.G., et al. v. NYC Dep't of Educ.*, 13-cv-4639 (SHS)(RWL)

Dear Judge Lehrburger:

Plaintiffs respectfully request a short extension of time to file the Substitution of Plaintiffs motion, which is due tomorrow, September 30, 2026 (ECF No. 621). This is Plaintiffs' first request for an extension of the deadline. We are only requesting an extension until Monday October 5, 2026.

Defendants do not object, provided that they also receive a corresponding extension. The other deadlines were adjusted accordingly.

The proposed new schedule would be as follows:

| Motion | Deadline |
|---|---|
| Plaintiffs' motion for Substitution of Plaintiffs | 10/5/2026 |
| Defendants' opposition to Plaintiffs' Substitution Motion (if any) | 11/2/2026 |
| Plaintiffs' Reply to Plaintiffs' Substitution Motion | 11/16/2026 |

Thank you for Your Honor's consideration of the above request.

Respectfully submitted,

/s/ *Elisa Hyman*
____________________
Elisa Hyman, Esq.

cc: Counsel of record